No. —, Original. *Ex parte:* IN THE MATTER OF DUREZ COMPANY, INC., PETITIONER. Submitted January 5, 1925. Decided January 12, 1925. Motion for leave to file a petition for a writ of mandamus and/or a writ of prohibition herein denied. *Mr. Alan N. Mann* and *Mr. George E. Cruse* for petitioner.

———

No. 91. TAMPA–INTER-OCEAN STEAMSHIP COMPANY, INC., *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana. Argued, and case continued with leave to counsel to present motion to reargue principles of *Texas Transport & Terminal Co.* v. *New Orleans,* 264 U. S. 150, October 17, 1924; motion submitted December 12, 1924; motion denied January 5, 1925. Cause decided January 12, 1925: *Per Curiam.* Reversed with costs, upon the authority of *Texas Transport & Terminal Co.* v. *New Orleans,* 264 U. S. 150. *Mr. George H. Terriberry,* with whom *Mr. W. W. Young, Mr. Joseph M. Rault,* and *Mr. Walter Carroll* were on the brief, for plaintiff in error. *Mr. Edward M. Heath,* with whom *Mr. J. Z. Spearing* and *Mr. C. C. Friederichs* were on the brief, for defendant in error.

———

No. 484. CHARLES A. PATTERSON ET AL. *v.* MARTHA ISABELLE PATTERSON. Error to the District Court of Appeal, Second Appellate District, of the State of California. Submitted January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Theodore Martin, Mr. W. H. Morris, Mr. S. M. Shipley, Mr. J. B. Yalsey, and Mr. J. F. Devin* for plaintiffs in error. *Mr. J. D. Fredericks, Mr. W. C.*

*Mullendore, Mr. B. C. Hanna, Mr. A. L. Veitch,* and *Mr. C. W. Lyon* for defendant in error.

---

No. 156. NE-KAH-WAH-SHE-TUN-KAH ET AL. *v.* HUBERT WORK, SECRETARY OF THE INTERIOR, ET AL. Appeal from the Court of Appeals of the District of Columbia. Argued January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Preston A. Shinn* for appellants. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Wells,* and *Mr. H. L. Underwood* appeared for appellees.

---

No. 155. HARRY A. VAN AUKEN *v.* FRANK SMITH, SHERIFF OF LARIMER COUNTY, COLORADO. Error to the Supreme Court of the State of Colorado. Submitted January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Mr. Paul W. Lee* and *Mr. George H. Shaw* for plaintiff in error. No brief filed for defendant in error.

---

No. 158. UNITED STATES *v.* GEORGE V. HALLIDAY ET AL. Error to the District Court of the United States for the Eastern District of Missouri. Argued January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *United States* v. *Keitel,* 211 U. S. 370, 397; *United States* v. *Stevenson,* 215 U. S. 190, 195, 196; *United States* v. *Miller,*